THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO OMS, Also Known as JOSE PEREZ, Appellant.

Submitted November 7, 2005; decided November 17, 2005

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted to the extent that papers constituting a complete application for permission to appeal may be served and filed no later than December 19, 2005.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT I. VOGEL, JR., Respondent.

Submitted November 11, 2005; decided November 17, 2005

Motion for assignment of counsel granted and Anna M. Zephro Jost, Esq., P.O. Box 313, Tonawanda, New York 14151 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v S.A. CONNELL, Respondent.

Submitted September 6, 2005; decided November 17, 2005

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.